IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>B&B FORKLIFT SAFETY TRAINING, LLC.<br><br>Defendant. | Case No.: 1:06CV01856 |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant B&B Forklift Safety Training, LLC moves the Court, with Plaintiff's consent, for a 30-day enlargement of the period of time for answering or otherwise responding to Plaintiff's complaint. Undersigned counsel were retained earlier this week to represent Defendant in this matter.

Pursuant to this enlargement of time, Defendant would answer, or otherwise respond to, Plaintiff's complaint no later than March 22, 2007.

DATED: February 16, 2007

Respectfully submitted,

/s/ Andrew W. Bagley
Thomas P. Gies (Bar No. 943340)
Andrew W. Bagley (Bar No. 447806)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500 (Telephone)
(202) 628-5116 (Facsimile)

Attorneys for Defendant
B&B Forklift Safety Training, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC.<br><br>        Plaintiff,<br>v.<br><br>B&B FORKLIFT SAFETY TRAINING, LLC.<br><br>        Defendant. | Case No.: 1:06CV01856 |

### ORDER

**AND NOW**, this _____ day of February 2007, upon review and consideration of the consent motion to enlarge the time for Defendant to answer or otherwise respond to Plaintiff's complaint, it is hereby ORDERED:

1.  That Defendant B&B Forklift Safety Training, LLC shall answer or otherwise respond to Plaintiff's complaint no later than March 22, 2007.

_____
Reggie B. Walton
United States District Judge