IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>B&B FORKLIFT SAFETY TRAINING, LLC<br><br>　　　　Defendant. | Case No.: 1:06CV01856 |

## DEFENDANT'S MOTION TO DISMISS
## FOR LACK OF SUBJECT-MATTER JURISDICTION

Defendant, by counsel, hereby moves to dismiss this case for lack of subject matter jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(1). Because this case asserts only common law claims and is brought pursuant to 28 U.S.C. § 1332, diversity must exist between the parties. However, it is apparent that plaintiff and defendant are both citizens of the Commonwealth of Virginia. Therefore, the Court does not have subject-matter jurisdiction over this dispute.

Defendant provides further support for this Motion in the attached Memorandum of Points and Authorities. For the reasons set forth therein, defendant respectfully requests that the Court dismiss the Complaint.

DATED: March 21, 2007        Respectfully submitted,

                                              /s/ Andrew W. Bagley
Thomas P. Gies (Bar No. 943340)
Andrew W. Bagley (Bar No. 447806)
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC 20004-2595
(202) 624-2500 (Telephone)
(202) 628-5116 (Facsimile)

Attorneys for Defendant
B&B Forklift Safety Training, LLC