IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC.<br><br>Plaintiff,<br><br>v.<br><br>B&B FORKLIFT SAFETY TRAINING, LLC<br><br>Defendant. | Case No.: 1:06CV01856 |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS
FOR LACK OF SUBJECT-MATTER JURISDICTION**

Plaintiff has brought this lawsuit asserting three common law claims. This Court, however, does not have subject-matter jurisdiction over this lawsuit because both parties are citizens of the Commonwealth of Virginia.

Plaintiff bases his claim of jurisdiction on diversity, 28 U.S.C. § 1332 (federal court jurisdiction in civil actions where the matter in controversy exceeds $75,000 and the parties are "citizens of different states"). Complaint ¶ 1. The Complaint properly reflects that defendant's principal place of business is located in Mineral, VA. *Id.* at ¶ 8. It also reflects that plaintiff's principal place of business is in Washington, DC. *Id.* at ¶ 7. Plaintiff's state of incorporation, however, is Virginia. *See* Exhibit A (Plaintiff's 2006 Annual Report filed with the Virginia State Corporation Commission); Exhibit B (Data Summary from the Virginia State

Corporation Commission Clerk's Information System (Corporate Inquiries Menu)); and Exhibit C (Plaintiff's registration in the District of Columbia as a foreign business corporation). Plaintiff, therefore, is a citizen of Virginia for diversity purposes. *See* 28 U.S.C. § 1332(c) ("For purposes of this section ... (1) a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business").

There is no diversity between the parties, and the inquiry ends there. The Complaint must be dismissed.

DATED: March 21, 2007              Respectfully submitted,


                                   _____/s/ Andrew W. Bagley_____
                                   Thomas P. Gies (Bar No. 943340)
                                   Andrew W. Bagley (Bar No. 447806)
                                   Crowell & Moring LLP
                                   1001 Pennsylvania Avenue, N.W.
                                   Washington, DC  20004-2595
                                   (202) 624-2500 (Telephone)
                                   (202) 628-5116 (Facsimile)

                                   Attorneys for Defendant
                                   B&B Forklift Safety Training, LLC

# EXHIBIT A

**To Defendant's Motion to Dismiss
for Lack of Subject Matter Jurisdiction**

# 2006 ANNUAL REPORT
## COMMONWEALTH OF VIRGINIA
## STATE CORPORATION COMMISSION



206261556
03/31/2006

① **CORPORATION NAME**
SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC

**DUE DATE** 03/31/06

② **VA REGISTERED AGENT NAME AND OFFICE ADDRESS**   PRES
CHRISTOPHER BAKER

RONALD REGAN NATIONAL AIRPORT
HANGER 7 SUITE 223
ARLINGTON, VA 20001

③ **CITY OR COUNTY OF VA REGISTERED OFFICE**
106-ARLINGTON COUNTY

④ **STATE OR COUNTRY OF INCORPORATION**
VA-VIRGINIA

**CORPORATE ID** 0424152-7

⑤ **STOCK INFORMATION**

| CLASS | AUTHORIZED |
|---|---|
| COMMON | 1,000 |

DO NOT ATTEMPT TO ALTER THE INFORMATION ABOVE   Carefully read the attached instruction sheet   Type or print in black only   If item ⑥ is blank or incorrect, you must add or change the principal office address where indicated   If item ⑦ is blank or incorrect, you must add or change the director and officer information where indicated

⑥ **PRINCIPAL OFFICE ADDRESS**

| [X] Mark this box if address shown below is correct | If address is blank or incorrect, add or correct below |
|---|---|
| ADDRESS   425 8TH ST NW | ADDRESS  717 D Street NW Suite 300 |
| CITY/ST/ZIP   WASHINGTON, DC 20004 | CITY/ST/ZIP  Washington DC 20004 |

⑦ **DIRECTORS AND PRINCIPAL OFFICERS**   All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank<br>[ ] Information is correct   [ ] Information is incorrect   [ ] Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below   [ ] Correction   [ ] Addition   [ ] Replacement |
|---|---|
| OFFICER [X]   DIRECTOR [X]<br>NAME   CHRISTOPHER D BAKER<br>TITLE   PRESIDENT<br>ADDRESS   NATIONAL AIRPORT SIGNATURE HANGAR<br>CITY/ST/ZIP   WASHINGTON, DC 20001 | OFFICER [✓]   DIRECTOR [✓]<br>NAME  CHRISTOPHER D BAKER<br>TITLE  BOARD OF DIRECTORS<br>ADDRESS  NATIONAL AIRPORT HANGER 7 SUITE 213<br>CITY/ST/ZIP  WASH DC 20001 |

I AFFIRM THAT THE INFORMATION CONTAINED IN THIS REPORT IS ACCURATE AND COMPLETE

_[signature]_   CHRISTOPHER   March 30, 2006
SIGNATURE OF DIRECTOR/OFFICER LISTED IN THIS REPORT   PRINTED NAME AND CORPORATE TITLE   DATE

It is a Class 1 misdemeanor for any person to sign a document he knows is false in any material respect with intent that the document be delivered to the Commission for filing

+ 0105702 000002006 09SCC1
AR01K2 Rev 2 11/05

# 2006 ANNUAL REPORT CONTINUED

DUE DATE: 03/31/06

CORPORATE ID. 0424152-7

⑦ DIRECTORS AND PRINCIPAL OFFICERS (continued)

All directors and principal officers must be listed
An individual may be designated as both a director and an officer

| Mark appropriate box unless area below is blank<br>☐ Information is correct  ☑ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☒  DIRECTOR ☒ | OFFICER ✓  DIRECTOR ✓ |
| NAME: LURCRETIA PEARCE | NAME: Lucretia A Pearce |
| TITLE: DIRECTOR | TITLE: President |
| ADDRESS: 9009 LEVELLE DRIVE | ADDRESS: 9009 Levelle Drive |
| CITY/ST/ZIP: CHEVY CHASE, MD 20815 | CITY/ST/ZIP: Chevy Chase MD 20815 |

| Mark appropriate box unless area below is blank<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐ |
| NAME | NAME |
| TITLE | TITLE |
| ADDRESS | ADDRESS |
| CITY/ST/ZIP | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐ |
| NAME | NAME |
| TITLE | TITLE |
| ADDRESS | ADDRESS |
| CITY/ST/ZIP | CITY/ST/ZIP |

| Mark appropriate box unless area below is blank<br>☐ Information is correct  ☐ Information is incorrect  ☐ Delete information | If information at lower left is incorrect or blank, please mark appropriate box and enter information below  ☐ Correction  ☐ Addition  ☐ Replacement |
|---|---|
| OFFICER ☐  DIRECTOR ☐ | OFFICER ☐  DIRECTOR ☐ |
| NAME | NAME |
| TITLE | TITLE |
| ADDRESS | ADDRESS |
| CITY/ST/ZIP | CITY/ST/ZIP |



AF00ZW Rev 1 01/04

+ 0105702 000002006 09SCC1

# EXHIBIT B
## To Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction

Commonwealth of Virginia
State Corporation Commission



```
WEB#493                                              03/14/07
TCP00085   CISM0180           CIS                    16:41:44
                      CORPORATE DATA INQUIRY

    CORP ID:  0424152 - 7   STATUS: 00 ACTIVE    STATUS DATE: 05/18/06
  CORP NAME:  SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC.

DATE OF CERTIFICATE: 03/11/1994 PERIOD OF DURATION:       INDUSTRY CODE: 00
STATE OF INCORPORATION: VA VIRGINIA     STOCK INDICATOR: S STOCK
MERGER IND:                          CONVERSION/DOMESTICATION IND:
GOOD STANDING IND: Y                 MONITOR INDICATOR:
CHARTER FEE:  50.00     CASE NO:          CASE STATUS:      HEARING DTE:
   R/A NAME: CHRISTOPHER BAKER

    STREET: RONALD REGAN NATIONAL AIRPORT                 AR RTN MAIL:
            HANGER 7 SUITE 223
      CITY: ARLINGTON          STATE : VA ZIP: 20001
R/A STATUS: P PRESIDENT   EFF. DATE: 10/18/01 LOC.: 106 ARLINGTON COUNT
ACCEPTED AR#: 206 26 1556    DATE: 03/31/06  STATUS: A  ASSESSMENT INDICATOR: 0
 CURRENT AR#: 206 26 1556    DATE: 03/31/06
YEAR   FEES    PENALTY    INTEREST     TAXES    BALANCE   TOTAL SHARES
 07   100.00                                     100.00          1,000
COMMAND:
```

[Enter]  [Signoff]  [Help]  [Print]

NOTE: Function Key usage varies depending on the Application Screen.
For specifics, refer to Function Key Documentation.

# EXHIBIT C

**To Defendant's Motion to Dismiss
for Lack of Subject Matter Jurisdiction**




## Organization Information

**DCRA HOME**

**SERVICES**
Basic Business License
Business Resource Center
Building/Land Regs
Compliance/Enforcement
Organization Registration
Inspections
Land Plats
Licensing Center
Building Plan Review
 Status
Permits

**INFORMATION**

**ONLINE SERVICE REQUESTS**

# Online Organization Registration
## Search Registered Organizations

Organization Details - Step  1  2  3

To view another organization from the search, select the **Return to Search Results** button below. You may also **print** the organization details, or start a **new search**. Use the **Back to Main Page button** to continue the registration process.

| Organization | | Registered Agent |
|---|---|---|
| Organization Name: | SHIRLINGTON LIMOUSINE & TRANSPORTATION, INC. | Christopher Baker<br>425 8th Street, N.W.<br>Washington, DC 20004 |
| State: | VA | |
| Status: | ACTIVE | |
| Initial Date of Registration: | 11/23/1994 | |
| File No.: | 943849 | |
| Organization Type: | FOREIGN BUSINESS CORPORATION | |

[<< Back to Main Page]   [< Return To Search Results]   [Print Results]
[New Search]

For more information, contact the BBL Info Center at (202) 442-4400 or Ask the Director

Government of the District of Columbia
Citywide Call Center  (202) 727-1000
TTY/TDD Directory

Telephone Directory by Topic | Agencies | DC Council | Search | Elected Officials

Feedback | Translation | Accessibility | Privacy & Security | Terms & Conditions

John A. Wilson Building
1350 Pennsylvania Avenue, NW
Washington, DC 20004

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC. )<br><br>Plaintiff, )<br><br>v. )<br><br>B&B FORKLIFT SAFETY TRAINING, LLC )<br><br>Defendant. ) | Case No.: 1:06CV01856 |

## ORDER

Upon consideration of Defendant's Motion to Dismiss for Lack of Subject-Matter Jurisdiction, and finding that the parties are both citizens of the Commonwealth of Virginia, it is this _____ day of _____, 2007,

ORDERED that the Motion be and hereby is GRANTED; and it is

FURTHER ORDERED that the Complaint is hereby dismissed for lack of subject-matter jurisdiction.

_____
Reggie B. Walton
United States District Judge