IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC. ) ) ) Plaintiff, ) ) v. ) ) B&B FORKLIFT SAFETY TRAINING, LLC ) ) ) Defendant. ) ) | Case No.:1:06CV01856 (RBW) |

## PRAECIPE

Plaintiff concedes that this court may not have jurisdiction over the immediate lawsuit.

Please dismiss this action without prejudice.

Respectfully submitted,

*/s/ Donald Temple, Esq.*
Temple Law offices
1229 15th Street, N.W.
Washington, DC 20005
202-628-1101
202-628-1149 fax
Templelaw@aol.com