UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SHIRLINGTON LIMOUSINE AND TRANSPORTATION, INC., ) ) ) ) Plaintiff, ) ) v. ) ) B&B FORKLIFT SAFETY TRAINING, LLC, ) ) ) ) Defendant. ) ) | Civil Action No. 06-1856 (RBW) |

### ORDER

Currently before the Court is the plaintiff's Motion To Dismiss Without Prejudice, which was filed on April 6, 2007. The plaintiff filed its Complaint in this action on October 31, 2006, and because the defendant has not responded with the filing of an answer to the Complaint, but instead has moved for its dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i), the Court shall treat the plaintiff's filing as a motion for voluntary dismissal. Rule 41(a)(1)(i) provides that "an action may be dismissed by the plaintiff without order of court (1) by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment...." Courts have interpreted this language in Federal Rule 41(a)(1)(i) quite literally, thus, "[i]f the plaintiff files a notice of dismissal before the adverse party serves [him] with 'an answer or a motion for summary judgment,' the dismissal is available as a matter of unconditional right." See Marex Titanic, Inc. v. The Wreckted & Abandoned Vessel, 2 F.3d 544, 547 (4th Cir. 1993) (citing e.g., Matthews v. Gaither, 902 F.2d 877, 880 (11th Cir. 1990)), see also In re Microsoft Corp. Antitrust Litig., 332 F. Supp. 2d 890, 895 (D. Md. 2004) (holding

that "a motion to dismiss is 'neither an answer, nor . . . a motion for summary judgment,' and does not, therefore, operate to 'terminate the right of a dismissal by notice.'"). And "[a] dismissal pursuant to Rule 41(a)(1)(i) is [therefore] not subject to judicial review." Swift v. U.S., 318 F.3d 250, 252 (D.C. Cir. 2003) (quoting Randall v. Merrill Lynch, 820 F.2d 1317, 1320 (D.C. Cir. 1987). Accordingly, it is hereby this 10th day of April, 2007,

**ORDERED** that the plaintiff's Rule 41(a)(1)(i) motion is granted and this action is dismissed without prejudice. It is further

**ORDERED** that the defendant's motion to dismiss is denied as moot.

**SO ORDERED.**

/s/_____
Reggie B. Walton
United States District Judge